IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| BENNIE EDWARD PIERCE, JR., § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> STATE OF TEXAS AND STATE OF § <br> LOUISIANA, § <br> § <br> *Defendants*. § | Case No. 2:19-CV-00355-JRG-RSP |

## ORDER

Bennie Edward Pierce, Jr. ("Pierce") filed a complaint against the States of Texas and Louisiana on October 29, 2019. Dkt. No. 1. On the same day, Pierce filed a clearly insufficient motion to proceed in forma pauperis. Dkt. No. 2. Pierce has taken no further action in this case. Magistrate Judge Payne entered a Report and Recommendation, Dkt. No. 3, recommending dismissal of the complaint without prejudice for failure to prosecute and suspension of the statute of limitations for a period of sixty days from final judgment. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**.

It is therefore **ORDERED** that the Pierce's complaint is **DISMISSED without prejudice** and the statute of limitation shall be suspended for a period of sixty (60) days from the date of this Order.

**So ORDERED and SIGNED this 12th day of July, 2022.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE